191 So. 800

### Jonas BRITTAIN v. PRUDENTIAL INSURANCE CO. OF AMERICA.

7 Div. 600.

Supreme Court of Alabama.

Oct. 26, 1939.

Chas. F. Douglass, of Anniston, for petitioner.

Harsh, Harsh & Hare, of Birmingham, opposed.

BOULDIN, Justice.

Petition of Jonas Brittain for certiorari to the Court of Appeals to review and re-

vise the judgment and decision of that Court in the case styled Brittain v. Prudential Ins. Co., Ala.App., 191 So. 794.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.